RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 9/19/07

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| CYRUS PROVOST | : |
| VERSUS | : CIVIL ACTION NO. CV07-1014 L-O |
| CITY OF NEW IBERIA, ET AL | : JUDGE HAIK, MAG. JUDGE HILL |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## JUDGMENT

This matter having come before the Court on the 13th day of September, 2007, on Motions filed by the City of New Iberia and Mayor Hilda Curry, Individually and in her official capacity as Mayor of the City of New Iberia.

In accordance with this Court's ruling in open court,

IT IS ORDERED that the Motion to Dismiss pursuant to Rule 12(b)(6) [Rec. Doc. 7] is GRANTED in its entirety and all of plaintiff's claims against the City of New Iberia and Mayor Hilda Curry, Individually and in her official capacity as Mayor of the City of New Iberia are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Motion to Strike Penalty, Punitive or Exemplary Damages filed by the City of New Iberia and Mayor Hilda Curry, Individually and in her official capacity as Mayor of the City of New Iberia [Rec. Doc. 8] is dismissed as moot.

Thus done and signed this 19th day of September, 2007, at Lafayette, Louisiana.

_____
RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE