
RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 10/22/08
BY

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CYRUS PROVOST | * | CIVIL ACTION NO. 6:07-cv-1014 |
| VERSUS | * | JUDGE RICHARD T. HAIK, SR. |
| DEPUTY JOSEPH NISSE, ET AL. | * | MAGISTRATE HILL |

## RULING

Before the Court is a Motion for Summary Judgment filed by Defendants, Sheriff Sid Hebert and Deputies Joseph Nissen, Brett Broussard, Scott Clostio, Jeff Matthews, and Darren Bourque (Doc. #43). The motion seeks entry of summary judgment on the grounds that there is no genuine issue of material fact as to defendants' entitlement to dismissal on the basis of Qualified Immunity. As no opposition to the instant motion for summary judgment has been filed and after a thorough review of the record as it stands at this time, the Court finds there is no genuine issue of material fact with respect to this matter and summary judgment is proper. As such, the Motion is **GRANTED**.

THUS DONE AND SIGNED on this the 20th day of October, 2008.

CHIEF JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA