## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| **CYRUS PROVOST** | * | **CIVIL ACTION NO. 07-1014** |
| **VS.** | * | **JUDGE HAIK** |
| **DEPUTY JOSEPH NISSEN, ET AL.** | * | **MAGISTRATE JUDGE HILL** |

## MEMORANDUM RULING

Having reviewed Mr. Schiff's objections to this court's Order requiring respondent, Terry Lee Bonnie, to file, under seal, a declaration signed under oath, setting out each respondent's past history of ethical complaints and complaints of misconduct in cases before both the state and federal courts, from the date of each respondent's admission to the bar until present [See rec. doc. 83], the objections are **overruled**. Accordingly, on or before **February 13, 2009**, respondent, Terry Lee Bonnie, **shall file, under seal**, a pleading setting forth all ethical complaints and complaints of misconduct, of which he has knowledge either because the complaint resulted in a formal charge or investigation by the Office of Disciplinary Counsel, in cases before both the state and federal courts.

Signed this 29th day of January, 2009, Lafayette, Louisiana.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE