RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 5/19/09

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| **CYRUS PROVOST** | * | **CIVIL ACTION NO. 07-1014** |
| **VS.** | * | **JUDGE HAIK** |
| **DEPUTY JOSEPH NISSEN, ET AL.** | * | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct. Accordingly;

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby adopted. Accordingly, pursuant to LR83.2.10W(B)(2) this matter is submitted to the active judges of this court, for decision by majority vote of the active Article III judges of this Court, as to whether Terry Lee Bonnie will be fined in the amount of $2000.00, payable to the Clerk of this Court, and for decision as to whether Terry Lee Bonnie will be ordered to attend a training session provided by the Clerk of this Court in the proper use of this court's electronic filing system.

Thus done and signed this 18 day of May, 2009 at Lafayette, Louisiana.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE